# Exhibit 1



A Transportation Co.

## Driver Bonus and Employment Agreement

This Driver Bonus and Employment Agreement (the "Agreement") is entered into this 28th day of April, 20 21 , (the "Effective Date") in the State of Tennessee by and between Western Express, Inc. ("Western"), a Tennessee corporation located at 7135 Centennial Place, Nashville, Tennessee 37209 and Frederick Neal ("you" or "Driver").

In exchange for your commitment to work as a truck driver exclusively for Western as provided in this Agreement, Western agrees to employ you as a commercial truck driver subject to the terms and conditions, which conditions shall be maintained for the duration of the Employment Term (defined below).

You will not become an employee of Western and will not receive any pay until you meet all pre-qualifying conditions listed below:

a) You obtain a valid CDL
b) You satisfy Western's standard criteria regarding work history, motor vehicle record, and criminal background check
c) You pass a Department of Transportation drug test as required by federal regulations and/or Western from time to time
d) You pass a Department of Transportation-regulated medical examination as required by federal regulations and/or Western from time to time
e) You successfully complete any other skills and/or driving evaluation as required by Western from time to time

In consideration of the parties' respective promises in this Agreement and other good and valuable consideration, you and Western agree as follows:

1. **Duties of Western.**
   A. **Employment.** Western shall employ Driver as a commercial truck driver or such other role as may be agreed upon, subject to termination by Western pursuant to Section 4 below. During the Employment Term, Driver shall be entitled to all benefits and privileges of employment generally offered to employees of Western in the ordinary course, including but not limited to, voluntary medical, dental, and vision benefits, disability benefits, and voluntary and company-paid life insurance benefits.
   B. **Compensation.** As compensation for the services rendered by Driver under this Agreement, and as additional consideration for Driver's promises and covenants herein, Western shall pay to Driver the wages, benefits and other compensation as stated by Western from time to time. Western may unilaterally change at any time, upon notice to Driver, the terms and conditions of Driver's employment and compensation, so long as Driver's overall compensation is not materially reduced, and Driver hereby consents to all such amendments and agrees that such amendments shall be binding on Driver.
   C. **Training Program.** Western shall provide Driver with extensive, over-the-road commercial driver training and instruction conducted during a period of over-the-road training with a Western Driver Trainer (the "Training Program"). Training and instruction received during the Training Program includes, but is not

limited to, backing and turning exercises and instruction, hours of service requirements and electronic log device instruction, defensive driving, safety topics, and other skills necessary to safely operate a commercial motor vehicle of the type operated by Western. This training and instruction are equivalent to that of a commercial motor vehicle refresher course offered by any number of vocational schools, in which Driver could choose to enroll and pay for out-of-pocket in order to meet Western's employment eligibility criteria. The Training Program duration may be up to 240 hours, based on Driver's demonstrated proficiency and performance. Western will bear all costs associated with Driver's participation in and completion of the Training Program, except as otherwise provided herein.

D. **Bonuses.** Any and all monies paid under this Section 1(D), including any and all subparts, shall be referred to throughout this Agreement as the "Bonus". All Bonus payments shall be subject to appropriate federal and state withholdings, and subject only to Driver's abiding by his/her duties for the term of employment as described in Paragraphs 2 and 3. Driver shall be eligible for a Bonus as follows:

   I. **Completion of Training Program.** In the event that Driver successfully completes the Training Program, as described in Section 2(A) below, Western shall pay to Driver a Bonus of $500.00 on the pay period immediately following successful completion of the Training Program.

   II. **Performance Bonus.** If, at any time after thirty (30) days following successful completion of the Training Program, Driver (1) maintains an average of 1500 miles per week for the preceding four (4) weeks, with less than two (2) non-DOT-reportable accidents and/or incidents; or (2) Western determines in its sole discretion that Driver is eligible (the "Eligibility Criteria"), Western shall also pay to Driver a bonus as follows:
   
   a) Driver shall receive $500.00 on the first pay date immediately after Driver meets the Eligibility Criteria.
   
   b) Driver will receive additional payments of $500.00 every sixty (60) days until the completion of the Employment Term, provided Driver is not in default under this Agreement at the time the payment is due, up to a maximum of $1,000.00.

| EXAMPLE BONUS PAYOUT | | |
|---|---|---|
| Day 45: | Completion of Training Program | $500.00 |
| Day 75: | Meets Performance Bonus Requirements | $500.00 |
| Day 125: | Second Performance Bonus Payout | $500.00 |
| **TOTAL BONUS RECEIVED DURING EMPLOYMENT TERM** | | **$1,500.00** |

2. **Duties of Driver.**
   A. **Completion of Training Program.** Driver agrees to participate in and successfully complete the Training Program described in Section 1(C) of this Agreement. Driver acknowledges that Driver would not be eligible for employment as a commercial truck driver at Western, or with other motor carriers who operate equipment of the type operated by Western, without participating in and successful completion of the Training Program or a similar training experience. The Training Program will be deemed to be successfully completed when Driver completes all necessary training periods as calculated in this Agreement and is seated as a solo or team driver. All time spent by Driver during the Training Program shall accrue towards the completion of the Employment Term. Failure to participate in and/or complete the Training Program shall constitute a material breach of this Agreement.
   
   B. **Employment Duties.** Driver agrees that at all times during the term of this Agreement, Driver shall devote all of his or her working time to the performance of Driver's duties to Western under this Agreement. Driver agrees that Driver will not, directly or indirectly, engage or participate in any activities at any time during

the term of this Agreement in conflict with duties under this Agreement and/or the best interest of Western. Driver's duties on behalf of Western are to act as a truck driver for Western and fulfill all related duties. Driver's duties also include abiding by all Western policies and/or rules, which are made available to Driver in either hard copy or electronic format, and abiding by all Federal Motor Carrier Safety Administration Regulations applicable to Driver and all other federal or state statues, ordinances, or regulations as applicable. Western reserves the right to alter, amend, or change the Driver's job responsibilities, duties, and standards at any time, so long as they are not materially increased thereby. Failure to perform the duties described in this paragraph for a period in excess of twenty-one (21) calendar days for reasons other than (i) workers compensation injury, (ii) eligible Family Medical Leave or other state or federal leave, (iii) disability accommodation, or (iv) other reasons outside of the control of Driver as approved by Western in its reasonable discretion (collectively, for so long as any of the foregoing items (i) through (iv) persist, the "Excused Period"), shall constitute a material breach of this Agreement. For the avoidance of doubt, Driver's compliance with any requirements of the terms of any leave constituting an Excused Period, shall count toward the satisfaction of the requirements of this Section 2.

3. **Employment Term.** Driver agrees that after all pre-qualifying conditions are met, Western shall employ and Driver shall work as a commercial truck driver or such other role as may be agreed upon for Western for Western for a minimum period of one hundred and eighty (180) days after the effective date of this Agreement (the "Employment Term"), subject to termination by Western prior to the end of the term pursuant to Paragraph 4 below. The Employment Term shall not be satisfied unless and until Driver performs work for Western as a truck driver as described in Paragraph 2 for a total of one hundred and eighty (180) days, regardless of whether such one hundred and eighty (180) day period is consecutive or intermittent. The calculation of the Employment Term (but not Driver's obligations under this Agreement) shall be tolled during any period in which Driver fails to perform the duties described in Section 2, except in respect of any Excused Period described in Section 2 and as prohibited by applicable law. The fulfillment of Driver's Employment Term shall be calculated from the effective date of this Agreement through the date that the last shipment transported by Driver is delivered to the receiver/consignee.

4. **Termination of Employment.** At any time prior to Driver's satisfaction of the Employment Term in accordance with the Agreement, Western's employment of Driver may only be terminated for the following reasons: (1) by Western for Due Cause, effective immediately; (2) by mutual agreement of Western and Driver; (3) upon the death of Driver or upon Driver developing a disability such that Driver is no longer able or qualified to drive, and (4) by Western without Due Cause. For the purposes of this Agreement, "Due Cause" means (a) Driver's breach of this Agreement; (b) Driver's violation of any Federal Motor Carrier Safety Administration Regulation(s) applicable to Driver, violation of any other federal or state statue, ordinance, or regulation, or violation of any Western policy and/or rule made available to Driver in either hard copy or electronic format; (c) any statement in Driver's application which proves to be untrue or misleading, regardless of when any such untrue or misleading statement is discovered; or (d) Driver's violation of or failure to remain in compliance with any federal or state regulations applicable to Driver's positions as a driver of a commercial motor vehicles in interstate commerce. If Driver is terminated by Western without Due Cause, Paragraphs 5, 6, and 7 of this Agreement shall not apply and Driver is entitled to retain any amounts paid under this Agreement. At the expiration of the Employment Term, Western's employment of Driver shall be on an at-will basis, and may be terminated at any time, for any reason, by either Driver or Western.

5. **Breach and Liquidated Damages.** Driver hereby agrees that if, prior to satisfaction of the Employment Term in accordance with the Agreement, (1) Driver resigns his employment with or otherwise ceases working for Western, (2) Driver breaches this Agreement, or (3) Driver's employment is terminated for Due Cause, then Western will suffer damages because of its inability to realize the full benefit of its financial investment in Driver and the costs borne by Western due to (a) Driver's participation in the Training Program described in Section 1(C); and (b) Driver's receipt of any Bonus payments described in Section 1(D). It is the intent of the parties that Driver's compliance with the terms of this Agreement permits Western to recoup some of the financial investment Western has made in Driver which allows Driver to perform the duties required under this Agreement. The parties agree that it will be difficult in the event of Driver's breach to determine the precise amount of the financial harm to Western. The parties further agree that it is fair and reasonable to estimate damages equal to $2,500.00 (the "Liquidated Damages")[, which amount reasonably represents the value of the Training Program. Accordingly, the parties agree that on the occurrence of any of the events described in items (1), (2), (3) of this Section 5, Driver will immediately pay to Western Liquidated Damages as calculated in this Section 5. Some or all of this amount may be paid by returning any or all Bonus payments made to Driver throughout the Employment Term. In addition, to satisfy this obligation, Driver authorizes Western to deduct and recoup, from any compensation due and owing to Driver from Western, any Bonus payments paid to Driver, except as prohibited by applicable law, upon the termination of employment as defined in Section 4 of this Agreement. Moreover, if any amount due hereunder is not paid when due, such amount shall accrue interest, from the due date, until the date paid, at a per annum rate equal to the lower of (i) eighteen percent (18%) or (ii) the highest rate allowed by applicable law.

6. **Restrictive Term.** Driver acknowledges that Western has made a substantial financial investment in Driver by virtue of (1) Driver's participation in the Training Program; and (2) Driver's continuous employment, as the Bonus is contingent upon Driver's provision of services as described in Paragraph 2. Driver further acknowledges that Driver would not be eligible for employment as a commercial truck driver at Western, or with other motor carriers who operate equipment of the type operated by Western, without participating in and successful completion of the Training Program or similar training experience, and that Western, as bearing the costs for such Training Program, is entitled to recover its investment during the Employment Term. For purposes of this Section 6, "Restrictive Term" means the period of time equal to the Employment Term, as reduced by the period of time Driver has provided the services as described in Paragraph 2.

   In view of the value to Western of Driver's services and the competitive disadvantage Driver could cause, Driver agrees that while Driver is with employed by Western, and during the Restrictive Term after Driver (a) resigns his employment with Western or otherwise fails to provide the services as described in Paragraph 2 for the full duration of the Employment Term; or (b) is terminated with Due Cause by Western, Driver will not, directly or indirectly, provide truck driving services to any motor carrier competitor. A competitor means any motor carrier, private fleet, common carrier or contract carrier that provides a service offered by, similar to, competitive with or which can be used in the alternative to the services offered by Western, during the time Driver worked for Western. Driver agrees to and does hereby grant Western permission to contact any and all past, present and future employers to confirm employment, employment dates, occupation, specific occupational duties and any other information Western determines relevant to Driver's employment history and compliance with this Agreement.

The Restrictive Term shall expire at the end of the Employment Term, unless prior to the fulfillment of the Employment Term, all Liquidated Damages described in Section 5 are recouped or repaid in full, in which case the Restrictive Term shall expire at the time payment has been made in full..

7. **Remedies.** Driver acknowledges that compliance with the restrictions and obligations set forth in Section 6 are necessary to protect Western's investment in the Training Program and in Driver's continued employment and that a breach of the Agreement will irreparably and continually damage Western, for which money damages in an action at law may not be adequate. Consequently, Driver agrees that in the event Driver breaches or threatens to breach any of the promises of this Agreement, Western shall be entitled to (a) temporary restraining order, a preliminary and/or permanent injunction without the necessity of posting bond in order to prevent Driver from breaching Driver's obligations under this Agreement;; (c) in addition to the Liquidated Damages or any other amounts recoverable hereunder, payment by Driver for all costs and expenses, including but not limited to court costs and reasonable attorney fees, incurred by Western in enforcing any provision of this Agreement.

    Nothing in this Agreement shall be construed to prohibit Western from pursuing any or all of these remedies or any other available remedy, or from seeking to enforce any of the restrictive terms to a lesser extent than that set forth herein, or from pursuing any legal remedies available against any competitor motor carrier who hires Driver in violation of this Agreement. The parties hereby agree that all remedies shall be cumulative.

8. **Release of Liability.** Driver understands that truck driving can be dangerous, and Driver accepts all risks inherent in participating in the Training Program. Driver agrees to be responsible for all of Driver's medical, incidental or consequential liabilities and expenses that may be incurred as a result of Driver's participation of the Training Program, except for and subject to the applicability of any workers compensation benefits available to Driver. Driver acknowledges and agrees that Driver will qualify for health care and/or disability benefits from Western at such time as Western policies dictate.

9. **Assignment.** Driver shall not assign or transfer this Agreement. This Agreement and the rights and obligations of both parties may be assigned by Western without notice to or consent of Driver to any other organization with which Western shares some degree of common ownership, or pursuant to or as part of the corporate reorganization, corporate restructuring or merger involving Western, or by the sale of Western of a substantial portion of Western's assets or business or as part of any similar transaction involving Western.

10. **Notice.** Any notice required by to given must be in writing and made by either personal delivery, electronic mail delivery, facsimile (with electronic confirmation), reputable overnight carrier or registered or certified mail, return receipt requested and postage prepaid to the address for Driver set forth in the signature block of this Agreement, and in the case of Western, to Western Express, Inc., Attention: Legal Department, 7135 Centennial Place, Nashville, Tennessee 37209. Notice shall be deemed given upon delivery in the case of personal delivery or delivery via overnight carrier, upon receipt of electronic confirmation in the case of delivery via facsimile, and three days after the date of mailing in the case of delivery via mail. Either party may change the address to which notices are to be sent by giving written notice to the other party.

11. **Entire Agreement; Binding Effect.** This Agreement and the Driver Handbook contains the entire agreement and understanding by and between Western and Driver with respect to the subject matter contained herein and no representations, promises, agreements or understandings, written or oral, concerning this subject

matter, shall be of any force or effect. This Agreement shall be binding upon and inure to the benefit of Western and Driver, Western's legal representatives, successors and assigns. To the extent of any inconsistency between this Agreement and the Driver Handbook, such inconsistency shall be resolved in favor of this Agreement, and the terms of this Agreement shall control.

12. **Wavier and Amendment.** No waiver of any provision of this Agreement shall (1) be valid unless it is in writing and signed by the party against whom the waiver is sought to be enforced, or (2) be deemed a waiver of any other provision of this Agreement at such time or at any other time. No change, amendment or modification of this Agreement shall be valid or binding unless it is in writing and signed by the party intended to be bound.

13. **Severability.** If one or more of the provisions contained in this Agreement is deemed invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect the validity and enforceability of the other provisions.

14. **Governing Law and Venue.** Western and Driver hereby agree that in negotiation and performance of this Agreement, Tennessee has substantial contacts and this Agreement and its construction and interpretation shall at all times and in all respects be governed by the laws of the State of Tennessee, and any claim, litigation or dispute arising from or related to this Agreement shall be litigated exclusively in the appropriate federal or state court located in Davidson County, Tennessee. Driver hereby consents to personal jurisdiction and venue in such court.

15. **Arbitration.** Notwithstanding any other provision of this Agreement, if Driver has executed an arbitration agreement with Western, the terms of the arbitration agreement shall govern any claims or disputes between Driver and Western arising from or related to this Agreement.

**DRIVER ACKNOWLEDGES THAT DRIVER HAS READ THE TERMS OF THIS AGREEMENT AND HAS HAD THE OPPORTUNITY, IF DRIVER DESIRED, TO CONSULT WITH AN ATTORNEY OF DRIVER'S CHOICE PRIOR TO SIGNING BELOW.**

**IN WITNESS WHEREOF**, Western Express, Inc. and Driver have duly executed this Agreement as of the date, year and place first above written.

**WESTERN EXPRESS, INC.**

By: _[signature]_

_[signature]_

Title: _[signature]_

**DRIVER**

By: _Fred Neal_

Name: Frederick Neal

Address: redacted   Nw

Washington, DC, 20015

Social Security Number: redacted

Email: redacted

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 19, 2023, a copy of the foregoing was filed electronically via operation of the Court's CM/ECF Electronic Filing System. A Notice of Electronic Filing will be sent by e-mail to all parties via operation of the Court's CM/ECF Electronic Filing System or by mail to anyone unable to accept electronic filing as indicated on the Notice. Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Daniel A. Schwartz*
                                          Daniel A. Schwartz