## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **THOMAS MARTIN, FREDERICK NEAL, and CARL McROBERTS, JR.,** on behalf of themselves and others similarly situated, | : <br> : <br> : <br> : <br> : **No. 3:23-cv-00775** <br> : |
| **Plaintiffs,** | : <br> : |
| **v.** | : <br> : |
| **WESTERN EXPRESS, INC.** | : <br> : **August 9, 2024** |
| **Defendant.** | : |

### DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant hereby provides notice of the following ruling recently issued on July 19, 2024, that provides additional support for Defendant's arguments set forth in its pending motion to dismiss (Doc. 25): *Holliman v. CooperSurgical, Inc.*, No. X10-UWY-CV-23-6071739, 2024 WL 3507430 (Conn. Super. Ct. July 19, 2024). The *Holliman* court's finding that Conn. Gen. Stat. "§ 33-929(f) does not confer jurisdiction over claims brought by nonresidents over foreign corporations," *id.* at *6, bolsters the arguments set forth on page 12 of Defendant's opening brief (Doc. 25-1) and page 3 of Defendant's reply brief (Doc. 31) and refutes the arguments advanced on pages 1-4 of Plaintiffs' sur-reply (Doc. 34).

Respectfully submitted,

*/s/ Daniel A. Schwartz*
Sarah A. Westby
Daniel A. Schwartz
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5000
Fax: (860) 251-5216
swestby@goodwin.com
dschwartz@goodwin.com

*/s/  David L. Johnson*
David L. Johnson (PHV207439)
BUTLER SNOW LLP
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6700
Fax: (615) 651-6701
David.johnson@butlersnow.com

*Counsel for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that, on August 9, 2024, a copy of the foregoing was filed electronically via operation of the Court's CM/ECF Electronic Filing System. A Notice of Electronic Filing will be sent by e-mail to all parties via operation of the Court's CM/ECF Electronic Filing System or by mail to anyone unable to accept electronic filing as indicated on the Notice. Parties may access this filing through the Court's CM/ECF System.

*/s/ David L. Johnson*
David L. Johnson

89016076.v1